UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YAINA WILLIAMS | : |
| Plaintiff, | : Civil Action No..: 14cv9893 |
| v. | : |
| A&E TELEVISION NETWORKS, LIFETIME ENTERTAINMENT SERVICES, FYI TELEVISION NETWORK, LEWIS GOLDSTEIN and JOHN DOE. | : MOTION FOR ADMISSION PRO HAC VICE |
| Defendants. | : |

Pursuant to Rule 1.3 of the Local Rules of the United States for the Southern and Eastern Districts of New York, I James L. Walker, Jr., hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Yaina Williams in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Connecticut and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: March 3, 2015

Respectfully Submitted,

James L. Walker, Jr.
Walker & Associates, LLP
Attorneys-At-Law
Of Counsel
Greene Legal Group, L.L.C.
600 W. Peachtree St., Ste.605
Atlanta, GA 30308
jjwalker@walkerandassoc.com