UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YAINA WILLIAMS | |
|     Plaintiff | Civil Action No..:  14cv9893 |
| v. | |
| A&E TELEVISION NETWORKS, LIFETIME ENTERTAINMENT SERVICES, FYI TELEVISION NETWORK, LEWIS GOLDSTEIN and JOHN DOE. | ORDER FOR ADMISSION PRO HAC VICE |
|     Defendants. | |

The motion of James L. Walker, Jr., for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Connecticut; and that his contact information is as follows:

James L. Walker, Jr.
Walker & Associates, LLP
600 W. Peachtree St., Ste.605
Atlanta, GA 30308
Tel: (404) 574-4308

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Yaina Williams in the above entitled action;

**IT IS HEREBY OREDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____                              _____
                                                                                United States District/Magistrate Judge