UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| YAINA WILLIAMS, | : Case No. 14 CV 9893 (PKC) |
| | : ECF Case |
| Plaintiff, | : |
| v. | : |
| A&E TELEVISION NETWORKS, LIFETIME ENTERTAINMENT SERVICES, FYI TELEVISION NETWORK, LEWIS GOLDSTEIN, and JOHN DOE, | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## DECLARATION OF LAUREN M. DE LILLY

I, Lauren M. De Lilly, declare on personal knowledge as follows:

I am an associate at Sidley Austin LLP and am one of the attorneys for Defendants A&E Television Networks, Lifetime Entertainment Services, and FYI Television Network ("FYI") (collectively, "Defendants") in this action. I am an active member in good standing of the State Bar of California, and I am licensed to practice before all courts of the State of California. I have been admitted *pro hac vice* to practice before this Court. I make this Declaration in support of Defendants' concurrently filed Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) and Defendant's Request for Judicial Notice In Support of Their Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6).

/ / /

/ / /

-1-

-2-

1. To be filed with the Clerk of this Court as **Exhibit A** to the Affidavit of Sean Ryan are true and correct copies of the seventeen (17) specified episodes of "Married At First Sight" which together comprise the first season of FYI's docu-series titled "Married at First Sight" (the "FYI Series"), the subject of the above-captioned case (the "Episodes"). I have personally reviewed **Exhibit A**, the DVDs comprising the first season of the FYI Series, and the Episodes appeared in the following order:

   a. Prog ID #: 152348, Ep. 101 Matchmaking;

   b. Prog ID #: 152349, Ep. 102 The Weddings;

   c. Prog ID #: 152350, Ep. 103 The Honeymoons;

   d. Prog ID #: 152351, Ep. 104 Moving In;

   e. Prog ID #: 152352, Ep. 105 Everyday Life;

   f. Prog ID #: 152353, Ep. 106 Intimacy;

   g. Prog ID #: 152354, Ep. 107 Social Life;

   h. Prog ID #: 152355, Ep. 108 Conflict & Resolution;

   i. Prog ID #: 152356, Ep. 109 Last Chance At Romance;

   j. Prog ID #: 152357, Ep. 110 The Big Decision;

   k. Prog ID #: 158762, Ep. 100 Casting Special;

   l. Prog ID #: 161944, Ep. 111 6 Months Later;

   m. Prog ID #: 161946, Ep. 112 Unveiled;

   n. Prog ID #: 162295, Married at First Sight: The First Year, Ep. 1 Family Past and Present;

   o. Prog ID #: 162296, Married at First Sight: The First Year, Ep. 2 Have Your Cake and Eat it Too;

-3-

      p.      Prog ID #: 162297, Married at First Sight: The First Year, Ep. 3 Baby Fever; and

      q.      Prog ID #: 162298, Married at First Sight: The First Year, Ep. 4 New York's Bravest.

2.      On May 19, 2015, I personally viewed the official website for the FYI Series, at domain http://www.fyi.tv/shows/married-at-first-sight.  Based upon my review of the official website, the second season of the FYI Series is currently being aired and the episodes of the second season follow the same format and sequence of the Episodes from the first season, listed above.

3.      Attached hereto as **Exhibit B** is a true and correct copy of Wikipedia's official website for Fox's reality television show titled "Married by America,"  which I visited on May 15, 2015 at domain http://en.wikipedia.org/wiki/Married_by_America.

4.      Attached hereto as **Exhibit C** is a true and correct copy of excerpts from TV Guide's official website of a February 2, 2009 article regarding CBS's proposed reality television show titled "Arranged Marriage," which I visited on May 14, 2015 at domain http://www.tvguide.com/news/cbs-plans-arranged-1002353/.

5.      Attached hereto as **Exhibit D** is a true and correct copy of excerpts from The Hollywood Reporter's official website of a June 4, 2009 article regarding Fox's development of a reality television show titled "I Married a Stranger," which I visited on May 14, 2015 at domain http://www.hollywoodreporter.com/news/fox-reality-stranger-84996

6.     Attached hereto as **Exhibit E** is a true and correct copy of Wikipedia's official website for ABC's reality television show titled "Wife Swap," which I visited on May 15, 2015 at domain http://en.wikipedia.org/wiki/Wife_Swap_(U.S._TV_series).

7.     Attached hereto as **Exhibit F** is a true and correct copy of Wikipedia's official website for ABC's reality television show titled "The Bachelor," which I visited on May 15, 2015 at domain http://en.wikipedia.org/wiki/The_Bachelor_(U.S._TV_series).

8.     Attached hereto as **Exhibit G** is a true and correct copy of Wikipedia's official website for ABC's reality television show titled "The Bachelorette," which I visited on May 15, 2015 at domain http://en.wikipedia.org/wiki/The_Bachelorette.

9.     Attached hereto as **Exhibit H** is a true and correct copy of excerpts from Entertainment Weekly's official website of a January 18, 2015 article regarding Fox's reality show titled "More to Love," which I visited on May 14, 2015 at domain http://www.ew.com/article/2009/07/29/more-to-love-fox-luke-conley.

10.    Attached hereto as **Exhibit I** is a true and correct copy of Wikipedia's official website for Fox's reality television show titled "Joe Millionaire,"  which I visited on May 15, 2015 at domain http://en.wikipedia.org/wiki/Joe_Millionaire.

11.    Attached hereto as **Exhibit J** is a true and correct copy of the eligibility requirements for ABC's reality television show titled "The Bachelor" from Warner Bros.'s official website, which I visited on May 14, 2015 at domain https://casting.bachelor.warnerbros.com/web/eligibility.jsp.

-5-

12. Attached hereto as **Exhibit K** is a true and correct copy of Wikipedia's official website for ABC's situational comedy "Dharma & Greg," which I visited on May 15, 2015 at domain http://en.wikipedia.org/wiki/Dharma_%26_Greg.

13. Attached hereto as **Exhibit L** is a true and correct copy of Wikipedia's official website for Women Entertainment Television's reality television show titled "Platinum Weddings," which I visited on May 15, 2015 at domain http://en.wikipedia.org/wiki/Platinum_Weddings.

14. For Exhibits B through L, I personally visited each website by typing the domain into the browser search bar. I personally viewed each website and printed an Adobe PDF copy of the relevant web pages by selecting "Print" from the browser options. The Adobe PDF copies attached hereto as Exhibits B through L are an accurate reflection of the web pages' content.

I declare under penalty of perjury under the laws of the United State that the foregoing is true and correct, and that I can and will so testify thereto if called as a witness in this action.

Executed this 20th day of May, 2015, at Los Angeles, California.

/s/ Lauren M. De Lilly
Lauren M. De Lilly